# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEDRICK ROBINSON**                                                                                                 **PLAINTIFF**

v.                        **Case No. 3:22-cv-00093-KGB**

**AUDREY HUDDLESTON,** *et al.*                                             **DEFENDANTS**

## ORDER

Plaintiff Dedrick Robinson, currently an inmate at the Jackson County Detention Center, filed a *pro se* complaint under 42 U.S.C. § 1983 (Dkt. No. 1). Before the Court is Mr. Robinson's motion for leave to proceed *in forma pauperis* (Dkt. No. 2).

Pursuant to the Prison Litigation Reform Act, Mr. Robinson is required to submit a certificate and a calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. Robinson's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Mr. Robinson's motion to proceed *in forma pauperis* neither includes the calculation sheet nor a certificate. Accordingly, the Court denies without prejudice Mr. Robinson's motion to proceed *in forma pauperis* (Dkt. No. 2).

Within 30 days of the entry of this Order, Mr. Robinson must either: (1) pay the $402 filing fee in full; or (2) file a properly completed application to proceed *in forma pauperis*, including a complete calculation sheet and affidavit, for the Court's review and consideration. If Mr. Robinson does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, the Court will dismiss this action without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court

to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

The Clerk of the Court is directed to send Mr. Robinson a blank application to proceed *in forma pauperis*, including certificate and calculation sheet.

It is ordered this 28th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge