IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEDRICK ROBINSON**                                                                       **PLAINTIFF**

v.                                   **Case No. 3:22-cv-00093-KGB**

**AUDREY HUDDLESTON,** *et al.*                                                   **DEFENDANTS**

## **ORDER**

Plaintiff Dedrick Robinson, an inmate at the Jackson County Detention Center, filed a *pro se* complaint on April 4, 2022 (Dkt. No. 1). On June 28, 2022, the Court denied as incomplete Mr. Robinson's motion for leave to proceed *in forma pauperis* (Dkt. No. 5). In that Order, the Court directed Mr. Robinson either to (1) pay the statutory filing fee in full, or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by July 28, 2022 (*Id.*). Mr. Robinson was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). A copy of the Court's June 28, 2022, Order was mailed to Mr. Robinson at his address of record along with a blank application to proceed *in forma pauperis* (Dkt. No. 5).

As of the date of this Order, Mr. Robinson has not complied with the Court's Order of June 28, 2022, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and accompanying judgment would not be taken in good faith.

It is ordered this 18th day of August, 2022.

_____
Kristine G. Baker
United States District Judge