IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEDRICK ROBINSON**                                                                 **PLAINTIFF**

v.                                    Case No. 3:22-cv-00093-KGB

**AUDREY HUDDLESTON,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Dedrick Robinson's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this 18th day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge